# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                        CRIMINAL NO. 2009-10112-NG

WAYNE WEBBER,
      Defendant.

## ORDER AFTER APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE

COLLINGS, U.S.M.J.

On April 5, 2010, the case came on for a preliminary hearing. The defendant stipulated that there was probable cause to believe that the defendant committed the violations denoted I, II, III, VI and VII in the Petition and the Government withdrew the violation charged in V. Upon a review of the evidence presented, I find that there is probable cause to believe that the defendant committed the violations denoted in IV.A. and IV.B..

Accordingly, pursuant to Rule 32.1(a)(1), Fed. R. Crim. P., it is ORDERED

that the defendant be, and he hereby is, held for a final revocation hearing before Judge Gertner on **THURSDAY, APRIL 15, 2010 AT 11:00 A.M.** at the John Joseph Moakley United States Courthouse, Boston, Massachusetts.

All papers are RETURNED to the Clerk's Office. The Clerk shall note that the case is "no longer referred" to Judge Collings.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

April 6, 2010.